UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
REBECCA JOHNSON,                                    11 CV 6978 (AT)(LMS)

                    Plaintiff,                        **STIPULATION OF DISMISSAL**

vs.

ALC OF NEW YORK LLC d/b/a
AMERICAN LASER CENTERS,

                    Defendant.
-----------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED that the above entitled action be, and the same hereby is, dismissed with prejudice.

Dated: October 3, 2013

LAW OFFICE OF JENNIFER A. LEAHY, PLLC    HERZFELD & RUBIN, P.C.
Attorneys for Plaintiff                                 Attorneys for Defendant

By:                                                         By:
   Jennifer A. Leahy (JL7369)                     Homer B. Ramsey (HR9760)
1800 Walt Whitman Road                         125 Broad Street
Melville, New York 11747                       New York, New York 10004
(516) 762-0022                                             (212) 471-8500