Jones, A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

REBECCA JOHNSON,

                      Plaintiff,

vs.

ALC OF NEW YORK LLC d/b/a
AMERICAN LASER CENTERS,

                      Defendant.
-------------------------------------------------------X

11 CV 6978 (AT)(LMS)

**STIPULATION OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED that the above entitled action be, and the same hereby is, dismissed with prejudice.

Dated: October 3, 2013

LAW OFFICE OF JENNIFER A. LEAHY, PLLC
Attorneys for Plaintiff

By: _____
    Jennifer A. Leahy (JL7369)
1800 Walt Whitman Road
Melville, New York 11747
(516) 762-0022

HERZFELD & RUBIN, P.C.
Attorneys for Defendant

By: _____
    Homer B. Ramsey (HR9760)
125 Broad Street
New York, New York 10004
(212) 471-8500

**SO ORDERED:**

_____
ANALISA TORRES
United States District Judge
Dated: October 22, 2013
New York, New York

1